1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVERTISE.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> AOL LLC and PLATFORM-A, INC., <br><br> Defendants. | CASE NO. CV09-5983-VBF (CWx) Lead Case <br><br> The Honorable Valerie Baker Fairbank |
| AOL LLC and AOL ADVERTISING, INC., f/k/a PLATFORM-A, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ADVERTISE.COM, INC., <br><br> Defendant. | Consolidated with CASE NO. CV 09-7374 VBF (CWx) <br><br> **PRELIMINARY INJUNCTION ORDER** |

# PRELIMINARY INJUNCTION ORDER

The Court has read and considered all documents filed in support of and in opposition to AOL LLC and AOL Advertising, Inc. (collectively, "AOL")'s Motion for Preliminary Injunction.

For the reasons set forth in this Court's Findings of Fact and Conclusions of Law Regarding Plaintiff AOL's Motion for Preliminary Injunction, Plaintiff AOL's Motion for Preliminary injunction is granted as follows, upon the condition that AOL post security in the amount of $775,000:

The Court preliminarily enjoins Defendant Advertise.com, and all entities under its control, as well as its parent, subsidiaries, licensees, owners, directors, officers, partners, assigns, related entities, predecessors, successors, employees, representatives, trustees, receivers, agents, and any other persons or entities acting on behalf of Advertise.com or with Advertise.com's authority from using, selling, offering for sale, holding for sale, advertising or promoting any goods or services under or in connection with:

(a) any design mark or logo that is confusingly similar to the stylized forms of AOL's ADVERTISING.COM marks:



including but not limited to the following logos:

  .

1

1
2    (b)    the designation and trade name ADVERTISE.COM or any other
3 designation or trade name that is confusingly similar to AOL's
4 ADVERTISING.COM marks.
5
6
7
8
9 DATED: January 8, 2010     _____
10                                       The Honorable Valerie Baker Fairbank
                                         United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2501005.1