**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 27 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ADVERTISE.COM, INC., | Nos. 10-55069, 10-55071 |
| Plaintiff - Appellant, | D.C. Nos. 2:09-cv-05983-VBF |
| v. | 2:09-cv-07374-VBF |
| AOL LLC; et al., | Central District of California, Los Angeles |
| Defendants - Appellees. | ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 2 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: SILVERMAN and BEA, Circuit Judges.

The court grants a temporary stay of the district court's January 13, 2010 order until January 29, 2010. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987); *Cal. Pharmacists Ass'n v. Maxwell-Jolly*, 563 F.3d 847, 849-50 (9th Cir. 2009) (order).

The motion for stay and all other pending motions will be addressed by separate order.

The briefing schedule established previously shall remain in effect.

AM/MOATT